No. 845. C. E. MITCHELL, PETITIONER, *v.* THE UNITED STATES. December 23, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for

the Ninth Circuit denied. *Mr. Hosea B. Moulton* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.